FILED

2020 FEB

U.S. MAGISTRATE



# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
KEVIN D. SCHIFF
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / FAX: (702) 388-6418
Kevin.Schiff@usdoj.gov
*Attorneys for the United States*

FILED
2020 FEB 14 PM 2:01
U.S. MAGISTRATE JU[DGE]

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVE HILL,<br><br>Defendant. | COMPLAINT<br>Magistrate No. 2:20-mj-00132-DJA<br><br>**VIOLATIONS:**<br><br>18 U.S.C. §§ 922(g)(1) and 924(a)(2) – Felon in Possession of a Firearm<br><br>**(UNDER SEAL)** |

I, Special Agent James Brooks, the undersigned the undersigned Complainant, being duly sworn before a Magistrate Judge of the United States District Court for the District of Nevada, state the following is true and correct to the best of my knowledge and belief.

**I. Criminal Violations**

<u>COUNT ONE</u>
(Felon in Possession of a Firearm)

On or about January 6, 2020, in the State and Federal District of Nevada,

**STEVE HILL,**

the defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: in the State of California; Assault With a

1



Deadly Weapon, in the Sacramento County Superior Court, on or about November 17, 1993, in cause No. 93F08085; in the State of Nevada: Possession of a Controlled Substance, in the 5th Judicial District Court, on or about August 28, 2002, in cause No. CR4011A; Trafficking in a Controlled Substance, and Stop Required on Signal of Police Officer, in the 8th Judicial District Court, on or about December 10, 2014, in cause No. C-14-301034-1: in the United States District Court—District of Nevada; Felon in Possession of a Firearm, on or about January 26, 2005, in cause No. 2:04-cr-0280-JCM-RJJ; Felon in Possession of a Firearm, on or about May 27, 2010, in cause No. 2:09-cr-0229-RCJ-GWF; Escape, on or about May 18, 2010, in cause No. 2:09-cr-00258-RLH-PAL, did knowingly possess a firearm, to wit: Glock model 21 .45 caliber handgun, bearing serial number MNU554, said possession being in and affecting interstate commerce and said firearm having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## II. Statement of Essential Facts

1. I, James S. Brooks, Special Agent of the Federal Bureau of Investigation (FBI), having been duly sworn, hereby depose and say:

2. I, James S. Brooks, an "investigative or law enforcement officer" of the United States, within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516. I have been a Special Agent of the FBI since October 2017.

3. I am currently assigned to the Las Vegas Field Office of the FBI where I am assigned to the Transnational Organized Crime Squad. More specifically, I focus on Criminal Enterprises that conduct traditional racketeering activities associated with organized crime

including extortion, murder, kidnapping, illegal gambling, money laundering, prostitution, and drug trafficking. Additionally, I have participated in numerous search warrants and have previously investigated various crimes including, but not limited to, illegal gambling, drug trafficking, extortion, money laundering, financial fraud, and other offenses. I have conducted investigations of unlawful organized crime activity in violation of state and federal laws, and have reviewed records to obtain evidence in support of those violations.

4. I have been involved in an investigation of Steve Hill (HILL), which is the subject of this Affidavit. I have personally spoken with investigating officers of the Nye County Sheriff's Office (NCSO) and reviewed reports regarding the investigation. I am familiar with all of the facts and circumstances surrounding the investigation. My training and experience as a Special Agent, including participation in this investigation, form the basis for opinions and conclusions set forth below.

5. This summary is provided for purposes of demonstrating that there is probable cause to believe that the defendant has committed the crime described above.

6. In early January 2020 NCSO received information from a confidential human source (CHS) who has previously been shown to be truthful and reliable that HILL—a multiple time convicted felon—was involved in narcotics activity and was in possession of firearms; including a black .45 caliber handgun equipped with a laser sight. HILL is well known to NCSO due to his extensive criminal history, felony investigations done by NCSO, and HILL having serving multiple terms of incarceration in both the Nevada Department of Corrections (NDOC), and the Federal Bureau of Prisons (BOP). HILL is known to be a high ranking member of the Outlaw Nazi Skinheads (ONS). ONS is a criminal gang that operates both in and outside of

3

NDOC. ONS members are known to be involved in a variety of criminal activity including narcotics trafficking, extortion, and acts of violence up to and including homicide.

7. HILL has the following prior felony convictions:

- Assault With a Deadly Weapon, in the Sacramento County Superior Court, on or about November 17, 1993, in cause No. 93F08085.

- Trafficking in a Controlled Substance, and Stop Required on Signal of Police Officer, in the 8th Judicial District Court, on or about December 10, 2014, in cause No. C-14-301034-1. Hill was sentenced to 12-36 months NDOC.

- Possession of a Controlled Substance, in the 5th Judicial District Court, on or about August 28, 2002, in cause No. CR4011A. Hill also pled guilty to two gross misdemeanor counts of Unlawful Discharge of a Firearm. Hill was sentenced to 12-34 months NDOC after a probation revocation.

- Felon in Possession of a Firearm, in the United States District Court- District of Nevada, on or about January 26, 2005, in cause No. 2:04-cr-0280-JCM-RJJ. Hill was sentenced to 36 months BOP.

- Felon in Possession of a Firearm, in the United States District Court- District of Nevada, on or about May 27, 2010, in cause No. 2:09-cr-0229-RCJ-GWF. Hill was sentenced to 90 months BOP.

- Escape, in the United States District Court- District of Nevada, on or about May 18, 2010, in cause No. 2:09-cr-00258-RLH-PAL. Hill was sentenced to 15 months BOP.

8. Due to the information received from the CHS that Hill was armed, NCSO detective and deputies immediately began to look for HILL. On January 6, 2020 HILL was spotted driving a pickup in the area of Pahrump, Nevada and was pulled over for an inoperable tail-lamp. While conversing with NCSO deputies HILL admitted he had multiple felony priors and had recently come off "paper" after serving a federal prison sentence.

9. HILL was asked to step out his vehicle, and deputies performed a pat-down for weapons. On HILL'S right hip in a holster, deputies discovered a Glock model 21 .45 caliber pistol equipped with a laser sight. The pistol was loaded with a round chambered, and HILL had

4

two additional loaded magazines of .45 caliber ammunition in a carrier on his left hip. When asked if was in possession of anything else deputies should know about, HILL replied, "lawyer."

10. A NCSO certified narcotics detection K9 was on scene, and was deployed to do an open air sniff on HILL'S vehicle. The K9 gave a positive alert near the driver's side door. The truck cab was searched, and a glove was located in the center console. Hidden within the glove were two baggies. One baggie contained approximately seven grams of a crystalline substance, and the other contained approximately three grams of a crystalline substance. Both later tested positive for the presence of methamphetamine.

11. I arranged to have the Glock .45 caliber handgun inspected by an agent from the Bureau of Alcohol Tobacco Firearms and Explosives. The agent determined the Glock was not produced in the State of Nevada and was shipped and transported in interstate commerce.

### III. Conclusion

Based upon the forgoing facts, I respectfully submit there is probable cause to believe that Hill did unlawfully a possess a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

James Brooks, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 14th day of February, 2020.

HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

5