AO 442 (Rev. 11/11) Arrest Warrant

FILED

# UNITED STATES DISTRICT COURT

for the

District of Nevada

*878870*

U.S. MAGISTRATE JUDGE

| United States of America | ) |
| v. | ) |
| Steve Hill | ) | Case No. 2:20-mj-00132-DJA |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

```
┌─ FILED      ─ RECEIVED
└─ ENTERED    ─ SERVED ON
  COUNSEL/PARTIES OF RECORD

     FEB 20 2020

CLERK US DISTRICT COURT
 DISTRICT OF NEVADA
BY                    DEPUTY
```

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    STEVE HILL                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) & 924(a)(2) - Felon in Possession of a Firearm;

Date: 2/14/2020

_____
*Issuing officer's signature*

City and state:     Las Vegas, Nevada

Daniel J. Albregts, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 2/14/2020 , and the person was arrested on *(date)* 2/19/2020 at *(city and state)* PAHRUMP, NV . |

Date: 2/19/2020

_____
for
*Arresting officer's signature*

FBI

_____
*Printed name and title*